RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

JUL 22 2024

FILED
DOCKETED DATE INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** | 24-3706

**Case Name** | 3:23-CV-00119-DMS-DEB

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** | [signed] Markeith A. C[...] **Date** | 6-27-24

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

> ADA and 1st Amendment violations are not frivolous.
> See Notice of Appeal

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4 | 1 | Rev. 12/01/2018

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 21.19 | $ 0 | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment Payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-Assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify) | $ 0 | $ 0 | $ 0 | $ 0 |
| **TOTAL MONTHLY INCOME:** | $ 21.19 | $ 0 | $ 0 | $ 0 |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4            2            *Rev. 12/01/2018*

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4        3        Rev. 12/01/2018

4. How much cash do you and your spouse have?   $ N/A

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| N/A | $ | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| | | | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| | | | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4                                     4                                     Rev. 12/01/2018

| Other Assets | Value |
|---|---|
| N/A | $ |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4             5             *Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| - Are real estate taxes included? ○ Yes ○ No | | |
| - Is property insurance included? ○ Yes ○ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ | $ |
| - Life | $ | $ |
| - Health | $ | $ |
| - Motor Vehicle | $ | $ |
| - Other | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ 0 | $ 0 |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4          6          *Rev. 12/01/2018*

|  | You | Spouse |
|---|---|---|
| Installment payments |  |  |
| - Motor Vehicle | $ | $ |
| - Credit Card (name) | $ | $ |
| - Department Store (name) | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify) | $ | $ |
| **TOTAL MONTHLY EXPENSES** | $ | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ○ Yes ○ No

   If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ○ Yes ○ No

    If Yes, how much? $ 

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence.*

City                                    State

Your daytime phone number (ex., 415-355-8000)

Your age            Your years of schooling

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4                           7                           Rev. 12/01/2018

If you are a prisoner, you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.

## PRISON CERTIFICATE

(Incarcerated applicants only)

(To be completed by the institution of incarceration)

I certify that the applicant _____CLINTON, MARKEITH_____,
(NAME OF INMATE)

_____AY1315_____,
(INMATE'S CDC NUMBER)

Has the sum of $____50.07____ on account to his/her credit at _____

_____RICHARD J. DONOVAN CORRECTIONAL FACILITY_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____N/A_____ to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's average monthly balance was $____206.31____.
and the average monthly deposits to the applicant's account was $____303.84____.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(A) (2).

_____07/03/2024_____    _____[signature]_____
DATE                               SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____Shannon E. Harden_____
OFFICER'S FULL NAME (PRINTED)

_____Senior Accounting Officer Supervisor_____
OFFICER'S TITLE/RANK

| Date\Time: 7/3/2024 7:56:28 AM | CDCR | Verified: _____ |
|---|---|---|
| Institution: RJD | Inmate Statement Report | |

| Start Date: | 1/3/2024 | Revalidation Cycle: | All |
|---|---|---|---|
| End Date: | 7/3/2024 | Housing Unit: | All |
| Inmate/Group#: | AY1315 | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

| Date\Time: 7/3/2024 7:56:28 AM | CDCR | Verified: _____ |
|---|---|---|
| | Inmate Statement Report | |

Date\Time: 7/3/2024 8:32:41 AM  
Institution: RJD  

**CDCR**  
**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AY1315 | CLINTON, MARKEITH | RJD | B 010 1 | 133001 |

**Current Available Balance:** $50.07

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/03/2024 | RJD | BEGINNING BALANCE | | | | $401.49 |
| 01/05/2024 | RJD | JPAY | 0000000164828097 | | $100.00 | $501.49 |
| 01/08/2024 | RJD | SALES | 6 | | ($239.85) | $261.64 |
| 01/12/2024 | RJD | INMATE VOLUNTARY WITHDRAWAL | TWO-D. WILLIAMS | 1413064 | ($100.00) | $161.64 |
| 01/25/2024 | RJD | KEEFE | 23117661R | | $100.00 | $261.64 |
| 01/30/2024 | RJD | JPAY | 0000000165624146 | | $50.00 | $311.64 |
| 02/01/2024 | RJD | FEDERAL FILING FEE | 3:23-CV-01471CAB-SBC | 1413639 | ($50.00) | $261.64 |
| 02/05/2024 | RJD | JPAY | 0000000165844885 | | $100.00 | $361.64 |
| 02/05/2024 | RJD | I/M PAY - SUPPORT | JAN 2024- FC B | | $20.48 | $382.12 |
| 02/05/2024 | RJD | I/M PAY - SUPPORT | DEC 2023- FC B | | $19.50 | $401.62 |
| 02/08/2024 | RJD | SALES | 25 | | ($239.80) | $161.82 |
| 02/23/2024 | RJD | JPAY | 0000000166439793 | | $50.00 | $211.82 |
| 03/01/2024 | RJD | FEDERAL FILING FEE | 3:23-CV-01471CAB-SBC | 1413752 | ($37.99) | $173.83 |
| 03/05/2024 | RJD | I/M PAY - SUPPORT | FEB 2024 FAC B | | $19.50 | $193.33 |
| 03/07/2024 | RJD | SALES | 12 | | ($189.30) | $4.03 |
| 03/27/2024 | RJD | JPAY | 0000000167646028 | | $150.00 | $154.03 |
| 04/01/2024 | RJD | FEDERAL FILING FEE | 3:23-CV-01471CAB-SBC | 1413662 | ($33.90) | $120.13 |
| 04/04/2024 | RJD | JPAY | 0000000167974672 | | $70.00 | $190.13 |
| 04/04/2024 | RJD | SALES | 10 | | ($176.10) | $14.03 |
| 04/04/2024 | RJD | SALES | 11 | | $2.00 | $16.03 |
| 04/04/2024 | RJD | SALES | 12 | | ($1.95) | $14.08 |
| 04/04/2024 | RJD | KEEFE | 23244524R | | $90.00 | $104.08 |
| 04/04/2024 | RJD | I/M PAY - SUPPORT | MAR 2024 FAC B | | $21.45 | $125.53 |
| 04/07/2024 | RJD | KIOSK REQUEST - GTL | | | ($10.00) | $115.53 |
| 04/16/2024 | RJD | INMATE DEPOSIT | MO 31-338514075 | 17152 | $25.00 | $140.53 |
| 04/25/2024 | RJD | KEEFE | 23282115R | | $100.00 | $240.53 |
| 05/01/2024 | RJD | FEDERAL FILING FEE | 3:23-CV-01471CAB-SBC | 1413841 | ($56.29) | $184.24 |
| 05/03/2024 | RJD | I/M PAY - SUPPORT | APR 2024 FAC B | | $10.73 | $194.97 |
| 05/03/2024 | RJD | I/M PAY - SUPPORT | APR 2024 FAC B | | $23.40 | $218.37 |
| 05/10/2024 | RJD | JPAY | 0000000169199100 | | $100.00 | $318.37 |
| 05/11/2024 | RJD | JPAY | 0000000169232490 | | $50.00 | $368.37 |
| 05/16/2024 | RJD | GROUP TRANSFER OUT | FATTE'S-B | | ($78.00) | $290.37 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  
ATTEST:  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY _____  
TRUST OFFICE

2

Date\Time: 7/3/2024 8:32:41 AM  
Institution: RJD

**CDCR**  
**Inmate Statement Report**

Verified: _____

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 05/17/2024 | RJD | SALES | 1 | | ($239.40) | $50.97 |
| 05/26/2024 | RJD | JPAY | 0000000169681958 | | $15.00 | $65.97 |
| 05/29/2024 | RJD | LEGAL MAIL | 05292024/05292024 | | ($10.35) | $55.62 |
| 06/01/2024 | RJD | FEDERAL FILING FEE | 3:23-CV-01471CAB-SBC | 1414178 | ($10.70) | $44.92 |
| 06/05/2024 | RJD | I/M PAY - SUPPORT | MAY 2024-FC B | | $22.80 | $67.72 |
| 06/06/2024 | RJD | JPAY | 0000000170048431 | | $50.00 | $117.72 |
| 06/10/2024 | RJD | SALES | 3 | | ($117.65) | $0.07 |
| 07/03/2024 | RJD | JPAY | 0000000170883537 | | $50.00 | $50.07 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BA428025 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |



3